# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1204

_____

ISAAC JACKSON,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

_____

On appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

June 5, 2024

PER CURIAM.

 AFFIRMED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Isaac Jackson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.